ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED
2021 FEB -2 PM 4:43
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-21CR0044-K |
| SHAWN CHRISTOPHER GRIFFIN | |

# INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about October 11, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Shawn Christopher Griffin**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Glock, model 23, .40 caliber pistol, bearing serial number PAY498.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Christopher Shawn Griffin**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved or used in the offense, including the firearm(s) referenced below.

This property includes, but is not limited to, the following:

1. Glock, model 23, .40 caliber pistol, bearing serial number PAY498, and any magazine(s) and ammunition seized with the firearm.

A TRUE BILL:

FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

ABE MCGLOTHIN, JR.
Assistant United States Attorney
Mississippi Bar No. 104247
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: abe.mcglothin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

SHAWN CHRISTOPHER GRIFFIN

---

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 2 day of February, 2021.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending